Nicholas Speer - #96901
Name

HCF, P.O. Box 1568
Hutchinson, KS 67504

Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Nicholas Speer, Plaintiff
*(Full Name)*

CASE NO. 20-3075-SAC
*(To be supplied by the Clerk)*

C/O Beardsley (FNU) Defendant(s)
et al.
(see Pg. 6-7 for Other Defendants)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Nicholas Speer, is a citizen of Kansas
   *(Plaintiff)*                              *(State)*

   who presently resides at HCF, P.O. Box 1568, Hutchinson,
                                    *(Mailing address or place*
   KS, 67504.
   *of confinement.)*

2) Defendant C/O. Beardsley (FNU) is a citizen of
              *(Name of first defendant)*

   Hutchinson, Kansas, and is employed as
   *(City, State)*

   HCF Correctional Officer. At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: At all times material & relevant herein he acted as a prison guard at HCF & w/in the corrupt customs & practices that are the entrenched criminal culture that persists amongst HCF staff & the KDOC generally, & he acted under the color of state law & the auspices of the KDOC & HCF, while engaged in maliciously & conspiratorially violating my constitutional & statutory rights & he is an integral member of the HCF "Beatup Squad" & subjected me to an unconstitutional excessive use of force & assault & battery w/out just cause or provocation & I suffered multiple & significant irreparable injuries & perjurous "CYA" D/R convictions.

1

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

3) Defendant  See Pg. 6 for other defendants  is a citizen of
(Name of second defendant)

_____, and is employed as
(City, state)

_____. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.) & The Court has supplemental jurisdiction over the Plaintiff's state law tort claims under 28 USC §1367 & per KSA 75-6101 etseq. & KSA 21-5105 re Assault & Battery, Criminal Threats, Criminal Mistreatment of a Confined Person, Criminal Restraint, Terrorism, theft of Property, filing Perjurous "CYA" Rules Violations, Intimidation of a Victim/Witness;

B. NATURE OF THE CASE — FACTS

1) Briefly state the background of your case & declared true & correct under penalty of perjury pursuant to 28 USC §1746;

2.) On 11-20-19, around 8pm, while confined at HCF, in B-1-128, I was approached by female Capt. Peppiatt & she who was banging their bed & I told her it was me & I as I attempted to tell her I wasn't given my special diet food & was told 3 hrs. earlier by M/Sgt. Chika when everyone else was served their dinner trays & no guards had been on the walkway making rounds since, she was deliberately indifferent & I told her I had to bang the bed to seek assistance as the only recourse & thank god I wasn't suffering a medical emergency because the guards never make rounds & are falsifying the logbooks & you only need to look at the security camera video-tapes to confirm this. To my surprise, she angrily said to me "Keep it up dude" & walked away. This was obviously quite rude & disrespectful (which she is in fact renowned for & has a singularly ginormous history of such & inciting reactions so she can unlawfully orchestrate excessive uses of force & "CYA" rules violations.

3.) As she rudely walked away, I yelled out "I'm hungry, I wasn't given my special diet dinner tray, you can't refuse to feed me" & I banged the bed twice more & she aggressively came back to my cell & sprayed me →
Continued at Pg 8

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Plaintiff Was Subjected To An Excessive Use Of Force On 11-20-19 While Confined In HCF B-1-128, Without Just Cause Or Provocation & With Malicious & Sadistic Criminal Intent To Cause Plaintiff Serious Physical & Psychological Injuries In Violation Of His 8th Amendment Rights Under The U.S. Constitution.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): I respectfully submit that my sworn facts recited in Section B, at Pg. 2, & Pg. 8-9, aptly supports Count I.

B) (1) Count II: Plaintiff's & All Current & Future Prisoners Confinement At HCF Violates The U.S. Constitution's 8th Amendment Rights Because HCF Staff Practices Rampant Excessive Uses Of Force & Criminal Coverup Frauds Upon Prisoners Without Just Cause & With Criminal Intent To Cause Malicious & Sadistic Physical Injuries & Psychological Terror With Impunity & Prison & State Officials Are Deliberately Indifferent.

(2) Supporting Facts: I respectfully submit that my sworn facts recited Section B. at Pg. 2, & Pg. 8-13, aptly supports Count II.

C) (1) Count III: _See Pg. 13-15 for Remaining Counts._

(2) Supporting Facts: _See Pg. 13-16 for Remaining Supporting Facts_

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  a) Parties to previous lawsuit:

  Plaintiffs: _____N/A_____

  Defendants: _____

  b) Name of court and docket number _____

  c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  d) Issues raised _____

e) Approximate date of filing lawsuit ___N/A___

f) Approximate date of disposition ___N/A___

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Please see again, Section B, #30-#32; & I have been horribly & unlawfully ignored at every juncture & clearly, HCF & KDOC Admin. remedies are futile & to pursue such further only subjects me to further malicious retaliations of physical & psychological abuses. HCF has a long history of corruptly destroying grievances & all manner of admin. remedy pursuits. See for example Redford v. KDOC, 295 P.3d 1034 (KCOA 2013); see also Ross, 136 S.Ct. 1850 (2016); see also Tuckel, 660 F.3d 1249 (10th Cir. 2011).

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: Jury Trial on All Triable Issues; Appt. of Counsel for all proceedings because I am lost on how to proceed; Court Costs & Atty. Fees Payable By Defendants & Each of Them; Issue Declaratory Judgments for Plaintiff's Legal Rights & Defendants Legal Duties; Plaintiff Prays The Court To Appt. A Special Master & Amicus Curiae; Issue an Order allowing similar 8th Amendment & State Law Claims to Join As Co-Plaintiffs & Certify This Suit As A Class Action; Order the U.S. Atty. & DOJ-OCR To Independently Investigate & Prosecute Culpable Defendants under Fed. Criminal Laws; Plaintiff seeks nominal damages & both compensatory & punitive damages in excess of $100K from defendants; Plaintiff Prays The Court for an Emergency Video-Teleconference hearing for Protective Orders & No-Contact Orders with Defendants at HCF (compel a Prison transfer).

___N/A At This Time___
Signature of Attorney (if any)

___[signature]___
Signature of Plaintiff — Pro Se

Nicholas Speer - #96901
HCF, P.O. Box 1568
Hutchinson, KS, 67504

(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

5

Pg. 6 / Section I.(A) Parties Continued:

3.) At all times material & relevant herein, the following named defendants are KDOC employees, each of whom acted pursuant to & w/in the corrupt customs & practices that is the entrenched criminal culture of staff misconduct against prisoners at HCF & constitutes the unwritten policy of maliciously denying HCF prisoners their statutory & constitutional rights & exemplifies the unconscionable breakdowns of the laws & Constitutions of Kansas & the U.S. & violating the published rules & regulations of the KDOC & General Orders of HCF. There is in fact an entrenched decades old practice & custom of beating prisoners hand-cuffed behind their backs & defenseless, half-to-death ... & spraying prisoners point blank w/ ultra potent crowd control chemical munitions in the face, to the point of near death & HCF uses more chemical munitions than all other Kansas state & federal prisons & county jails combined on a monthly basis — all w/ impunity & zero checks & balances.

(a) HCF Defendants at P.O. Box 1568, Hutchinson, KS, 67504:
(i) Capt. Peppiatt (FNU); (ii) CS1 Jiles (FNU); (iii) CS1 Chika (FNU); (iv) CO1 Messmer (FNU); (V) Lt. Widener (FNU); (vi) UTM Hackney (FNU); (vii) Unit Counselor Bartley (FNU); (viii) CO1 Blair (FNU); (ix) Lt. Flores (FNU); (X) CO1 Sanders (FNU); (XI) C/O John Doe #A (FNU); (XII) "Whistle-Blower" John Doe #1 (Full Name Withheld For Safety Reasons); (XIII) Lt. Smalley (FNU); (XIV) CO1 Gillespie (FNU); (XV) Warden Dan Schnurr; (XVI) Deputy Warden Tommy Williams; (XVII) Major Clay Vanhoose; (XVIII) EAI Lt. John Markus; (XIX) CO1 Barr (FNU); (XX) Staff Atty. Jon Graves.

(b) KDOC-Topeka Defendants at 714 SW Jackson, 3rd Floor, Topeka, KS, 66603.
(i) S.O.C. Jeff Zmuda; (ii) Deputy S.O.C. Hrabbi (FNU); (iii) EAI Director Marci Chamudiling (her ofc. located at LCF P.O. Box 2, Lansing, KS, 66043); (iv) Doug Burris — SOC Designee for Grievances; (v) The KDOC.

(c) Additional State Officials Defendants at 300 SW Tenth - State Capitol Bldg., Topeka, KS, 66612:
(i) Kansas Gov. Laura Kelly; (ii) Rep. Russell Jennings — Corrections Oversight Committee Chrmn.; (iii) Rep. Leo Delpergangs — Member of ".

(d) HCF Aramark Supervisors at P.O. Box 1568, Hutchinson, KS, 67504:
(i) Director Pantalone (FNU); (ii) Supervisors J. Doe #1 thru #12 (FNU).

(e) Corizon-HCF Employees, at P.O. Box 1568, Hutchinson, KS, 67504:
(i) HSA/RN Debra Lundry; (ii) Director of Nursing Tim Meade; (iii) Nurse Gillette (FNU); (iv) Nurse Pam (FNU); (v) Dr. Emanuel Okeke; (vi) Psychologist John Doe (FNU); (vii) Psychologist Misty Keolavone.

Pg. 7/Section I.(A.) Parties Continued:

(F) Reno Co. KS state officials Defendants at 206 W. 1ST Cthse., Hutchinson, KS, 67501.
(i) Sherriff Henderson (FNU); (ii) District Atty. Schroeder (FNU);
(iii) Chief Judge Patricia Macke-Dick;
(iv) District Court Judge Joseph McCarville.

4.) At all times material & relevant herein, the defendants acted under color of state law as employees of the State of Kansas & they are sued in their individual & official capacities, jointly & severally; & those named in #3.(C) & (f) above have zero immunity by virtue of their conscious conspiracies w/ KDOC defendants in Topeka & HCF to coverup the ongoing massive criminal attacks on defenseless prisoners w/out just cause or provocations & the inhumane conditions at HCF for those confined at HCF at present & in the future being subjected to such.

7

B. Nature of The Case - Facts, Continued:

3.) <u>Continued from Pg. 2</u>:
point-blank in my face w/a large size cannister of crowd-control chemical munitions not designed to be used less than 18 ft. away & she continued spraying me as I turned away howling in agony, & ~~[redacted]~~ I called her an "evil bitch" & she stood at my cellbars & stated:
   "You won't be talking all that shit when we're beating your ass off camera in the back showers & MRA cell."

4.) I turned my back to her as she continued spraying me & when her large size cannister emptied, I began to splash water onto my face & eyes — I couldn't see & was struggling to breathe as she got the spray in my nose & mouth; she began laughing & remarked:
   "I just painted you orange, you look funny. Back-up to the door to be cuffed."

5.) I was frozen in agony from the chemical munitions burning my entire body & in fear for my health & safety because of her threats to have me beat-up & I covered myself w/a blanket & I could tell there were multiple other guards standing w/her & I was again excessively sprayed w/another cannister of crowd-control chemical munitions. The others included Lt. Flores, Lt. Widener, M/Sgt. Chilea, & others.

6.) I had done absolutely nothing to justify being sprayed w/chemical munitions, much less so excessively.

7.) After being doused soaking wet by the second spraying attack, I fell to the floor in a fetal position in front of my toilet & tried to cover myself & prevent additional spray dousing me.

8.) As I was covered w/the blanket, my celldoor was opened & the blanket yanked off of me by multiple guards crowded into my tiny cell & they began viciously slamming my head & body into the toilet & I was being violently punched w/fists in the head, face, & all over my body all while preposterously yelling "Quit Resisting" & I in turn yelling in agonizing pain "I'm not resisting, stop beating me, I can't breathe, stop, stop, please stop" & they beat me senselessly for easily several minutes.

9.) The "Quit Resisting" ploy is simply a perversely entrenched tactic for the benefit of anyone listening to cover-up the—

**8**

attacking guards' criminally excessive uses of force on a defenseless prisoner & at HCF it is "S.O.P." (Std. Operating Procedure") to continuously yell "Quit Resisting" while they beat a prisoner half-to-death who is defenseless & compliant/not resisting.

10.) I was then stretched out face down on the floor w/ multiple guards atop me punching me w/ fists all over & ~~[redacted]~~ & my hands/arms pulled behind my back so hard I expected my shoulder sockets to rip... & I was cuffed behind my back & they still beat on me & pulled me up ~~[redacted]~~ & I was only semi-conscious & they dragged me backwards by my feet & on my stomach out of the cell & "hog-tied" carried me over 100 ft. to another segregation cellhouse & they placed me under a shower water nozzle for a mere 5 seconds "chemical munitions decontamination washoff" & a voice said "that's enough, he's done" & an unknown guard grabbed me by the nape of my neck & violently slammed my head & face into the wall making me lose consciousness & a voice said while smashing my head & face violently into the wall: "Quit Self-harming"!

11.) I was then dragged & half-carried to a "slam-cell"/A-1-132 & placed on "MRA" status (a vile & cruel condition designated as "More Restrictive Area") & its an inhumane cell inside of cell for total isolation & barbaric criminal mistreatments & conditions that can never pass the Court's & public's scrutiny.

12.) Upon being dragged into the A-1-132 cell, I was slammed down onto a raised concrete bed platform on my stomach & my face slammed to the concrete & subjected to additional vicious fist punching to my side, head & face as they cut & stripped my soaked clothing off of me & choked me violently trying to break/snap my rosary off from my neck & then cut it off. They took the cuffs & told me if I moved as they exited the cell they would beat me up worse than they already had.

13.) As they had the inner cell door electronically closed, there was a Nurse Jenette by the outter cell door who said to me "Are you OK?" & I replied in agony: "No, I'm not, I need medical attention, I need to go to a hospital, I'm hurt bad, please help me, they beat the shit out of me & sprayed me for no reason"; & she said "OK"!! the guards slammed the outter shut & I was left →

9

naked & shivvering uncontrolably in a cold concrete bed w/out a mattress or any sheet or blanket

14.) The "Seg. Rpt." for the placement states "Time of Placement" occurred at approx. 8:30pm / 11-20-19.

15.) About one hour later I managed to get the attention of Seg. C/O Sanders & another unknown guard w/him & I told him I'd been beaten up horribly for no reason & I'm hurting badly from the injuries & I need medical attention. Sanders made a visual inspection of the injuries plainly noticeable on my naked & shivvering body & even had me turn around to look at my backside bruises & told me he was going to notify medical staff & they left.

16.) It was several hours later, on the third shift / 11pm - 7am, when the OIC of Seg. came to my cell & asked me if I was OK & he saw me laying in a fetal position, naked & shivvering uncontrolably in the darkened cell. I told him "I'm hurting badly, I need medical attention" & he then put the light on me & saw my bruises & condition, told me he was going to get me some clothes & did so promptly & then had me seen by "Nurse Pam" & upon examining my injuries determined that my arm looked broken & she had me taken to the prison Infirmary for further examination & the Clinic R.N. put a temporary cast on my arm, & caused my emergency transport to local hospital Emergency Rm. (Hutchinson Regional Medical Ctr.) at 2:30 AM on 11-21-19

17.) I was escorted/transported to the hospital by Lt. Smalley & C/O Gillespie, & they heard my above complaints described to Hospital staff & as a matter of law they too had a legal duty to report my claims & injuries to the HCF hierarchy, KDOC-Topeka hierarchy, & local outside LEO agencies, State & Federal LEO's too & did not.

18.) The HCF Medical Staff have witnessed & treated excessive uses of force & chemical munition injuries for decades & out of fear of retaliation or conspiratorial complicities have always refused to report such to State or Federal officials.

19.) Hospital officials treated me for a broken right forearm & I had zero mobility & then X-Rays indicated I instead had a "Severe Bone Contusion". Medical Staff also documented severe blurred vision in my left eye from chemical munitions & fist punching & ringing in my ears also from repeated head punches —— & I suffered a concussion & the effects still persist at present date herein.

20.) Upon return to the prison, I was admitted to the Infirmary & treated for additional substantial injuries that included near swollen shut left eye, "knots" along the left side of my head & face,→ 10

\*20.) Continued:
& bruises, contusions on my left hip, right side ribs to my hip, & countless scrapes & abrasion marks, all over my body from head to toes

21.) After being placed in the Infirmary, I went on a hunger strike because I was in consumate fear from the entire barbaric brutalities I had not done anything to warrant happening to me & was psychologically traumatized & pleading for a transfer.

22.) After 6 days, I had dropped in weight & was weighed at 147 lbs, & I am 6'4" — & obviously already skinny before the hunger strike.

23.) Even though I had never made any mention of "self-harm", it is "SOP" for medical & mental staff to place anyone on a hunger-strike on a "Crisis Level" status. I was put on "Crisis Level 2" status & was denied sheets, blankets, pillow, underclothes, & all reading material. And the unknown psychologist involved placed me on this aberational status to punish me for going on the hunger strike to bring the necessary attention of officials somewhere to the criminally barbaric uses of force upon me & cause me magnified miseries to break my hunger-strike & he did these abuses of authority even after I ceased my hunger strike & kept me in this status for an additional 2 wks. w/out justification.

24.) That even at this juncture — several months after the barbaric attacks cited above, my right wrist noticeably "pops" at the slightest range of motion movement — an injury from the 11-20-19 attacks & my vision is still dramatically altered adversely & I "see dots" — either from the chemical spraying or fist punches or both & I am severely traumatized psychologically & live in a constant state of emotional distress & fear of being barbarically attacked again.

25.) Barbaric criminal attacks by staff on prisoners at HCF are epidemic & zero accountability exists at any level inside the HCF or KDOC, or outside the prison system. Corrupt coverups & intimidation/retaliations are the norm at HCF.

26.) A well-respected HCF staff person w/over 25 yrs, at HCF & deemed herein to be a "whistleblower" deserving annanimity protection at this stage told me he reviewed the "cell-extraction videotape" of the events upon me on 11-20-19, & told me:

"You need to get an atty, immediately & file a lawsuit. What they did to you was absolutely unnecessary & committed a criminally excessive use of force on you & any civil lawyer worth his salt would have a hayday with that videotape & the Courts would have them all arrested & put in jail where they deserve to be".

He further advised me not to worry about the video →

#26.) Continued:
disappearing because he made a copy of it, just in case it came up missing like so many others have & he told me he would testify if subpoenaed.

27.) The "Seg. Rpt." relevant to my "MRA" placement falsely stated I was cleared by medical staff & that never happened — see #13. above.

28.) For the 3 wks. after the 11-20-19 criminal attacks & inhumane conditions I was subjected to, I was totally denied any means to communicate w/ the outside world & family — by telephone or by mail.

29.) KDOC & HCF rules, regulations, policies, & general orders have a mandatory "protocol" or procedure that requires photographs taken every 12 hrs. for 3 days of any prisoner subjected to a use of force. And the only photograph taken of me was 3 days or so more after the attacks upon me & taken while I was laying down & covered up & given no notice or opportunity to display my injuries. And these corrupt acts are S.O.P. to coverup staff wrongdoing at HCF.

30.) I have thereafter been confined in the B-1 cellhouse again & I have submitted countless Form 9's to UTM Hackney, Major Vanhoose, EAI Investigator supervisor John Markus, DWO Tommy Williams, Staff Atty. Jon Graves, Warden Schnurr, pleading for investigation of the attacks upon me & to take a polygraph per IMPP 12-116, & all of my Requests have been ignored/unanswered & un-acted upon; And I have pursued a grievance per KAR 44-15-101 et seq. & the UTM Hackney refuses to process it, & my appeals to the Warden & SOC Zmuda, DSO Hrabbi, & Doug Burris are likewise ignored & unacted on; And I submitted Injury Claims per IMPP 01-118 & that too has been refused processing by UTM Hackney, Warden Schnurr, & SOC Zmuda, & denied my claim copy per Section II. #D.5. thereof.

31.) I further sent a detailed Affidavit & Request for Investigation to the Statewide KDOC EAI Director Chandidiline at her LCF ofc. during Dec. 2019 & Jan. 2020 & likewise ignored & no action taken.

32.) I additionally sent a detailed Affidavit & Request for investigation into the 11-20-19 criminal attacks to Gov. Kelly, & to Rep's Jennings & Delpergang & they too ignored my letters & Affidavits, sent in Dec. 2019 & Jan. 2020', & likewise Reno Co. Sheriff Henderson, Reno Co. D.A. Schroeder, Reno Co. Chief Judge Macke-Dick, & Judge McCarville, also each ignored my letters & Affidavits, & took no action.

33.) On 2-14-20, I (& others) was terrorized by CSI Richards & COI Beardsley & told they were moving me to cell B-1-130 from the B-1-124 cell I was in & it was just to harass me, & they →

12

#33. Continued:
each made criminal threats "to cave my head-in" & would "beat the fuck outta you like we did a few months ago" if I didn't cuff-up & move. They further declared I was on P/C status to incite others against me. And said "Our buddies are suiting up to come get your skinny punk ass". I was again severely distressed by such corrupt abuses of authority & no recourse, so I moved & all while they corruptly cursed me & threatened me w/more physical injury, & all the while, both were tapping their large size crowd control chemical munitions canisters to intimidate me they were each going to spray me.

34.) I allege & believe that both CSI Richards & COI Beardsley were amongst those who attacked me on 11-20-19.

35.) Both Richards & Beardsley were previously HCF "SST" (Special Security Team) members & have long been & continue to be, key members of the HCF "Beat-up Squad" who routinely beat prisoners half-to-death who are defenseless & done nothing to provoke or justify such criminally excessive attacks.

35.) I realize it is a futile, dead-end, to pursue any staff misconduct complaint because at HCF, massive retaliation is the norm.

C. Causes of Action Continued:

C.)(1) Count III: Plaintiff Was Subjected To Assault & Battery Under Kansas Law While Confined in B4-128 on 11-20-19 In Violation Of KSA 21-5412/5413; & Criminal Mistreatment Of A Confined Person In Violation Of KSA 21-5416.

2.) Supporting Facts: I respectfully submit that my sworn facts recited in Section B, at Pg. 2, & Pg. 8-9, aptly supports Count III.

13

## C. Causes Of Action Continued:

D.)(1) Count IV: Plaintiff Was Subjected To An Additional & Separate Excessive Use Of Force Without Just Cause Or Provocation & With Malicious & Sadistic Criminal Intent To Cause Serious Physical & Psychological Injuries In Violation Of His 8th Amendment Rights Under The U.S. Constitution, While Held In The HCF A-Cellhouse Shower For Decontamination On 11-20-19.

(2.) Supporting Facts: I respectfully submit that my sworn facts recited in Section B., at Pg. 9, Para. #10., aptly supports Count IV.

E.)(1) Count V: Plaintiff Was Subjected To Assault & Battery Under Kansas Law While Confined in A-1-132 On 11-20-19 In Violation Of KSA 21-5412/5413; & Criminal Mistreatment Of A Confined Person In Violation Of KSA 21-5416.

2.) Supporting Facts: I respectfully submit that my sworn facts recited in Section B., at Pg. 9, Para. #11-#13, Pg. 10, aptly supports Count V.

F.)(1) Count VI: Plaintiff Was Subjected To A Third Separate Excessive Use Of Force Without Just Cause Or Provocation, With Malicious & Sadistic Criminal Intent To Cause Serious Physical & Psychological Injuries In Violation Of His 8th Amendment Rights Under The U.S Constitution While Confined in A-1-132 On 11-20-19

14

Count VI Continued:

2.) Supporting Facts: I respectfully submit that my sworn facts recited at Section B., at #11. Pg. 9 to #13. at Pg. 10, aptly supports Count VI.

9.)(1) Count VII: Plaintiff Was Subjected To Deliberate Indifference To His Serious Medical Condition & Needs, & Arbitrarily Denied Medical Attention By Nurse Jeanette While Confined In A-1-132 on 11-20-19 & Pleading With Her For Medical Attention For His Injuries, In Violation Of His 8th Amendment Rights To The U.S. Constitution.

2.) Supporting Facts: I respectfully submit that my sworn facts recited in Section B. at #13. on Pg. 9-10, aptly supports Count VII.

H.)(1) Count VIII: Plaintiff Was Subjected To Criminal Mistreatment Under Kansas Law While Confined In A-1-132 on 11-20-19 By Nurse Jeanette's Arbitrary Denial Of Medical Treatment For His Serious Physical Injuries.

(2) Supporting Facts: I respectfully submit that my sworn facts recited in Section B. at #13. on Pg. 9-10 thru #19. at Pg. 10, aptly supports Count VIII.

J.)(1) Count IX: Plaintiff Was Subjected To 8th Amendment Violations On 2-14-20 While Confined in B-1-124, By Virtue Of The Unprovoked & Unjustified Criminal Threats By Defendants Richards & Beardsley To Repeat The Barbaric Excessive Uses Of Force Committed On Him On 11-20-19, & Caused To Suffer Extreme Physical & Psychological Distress That Continues To Affect His Daily Activities Significantly.

2) Supporting Facts: I respectfully submit that my sworn facts recited in Section B. at #33. on Pg. 12 to #34. on Pg. 13, aptly supports Count IX.

15

K.) (1) Count X; Plaintiff Was Subjected To An Assault, Criminal Threat & Acts of Terrorism, Under Kansas Law (KSA 21-5412 [See Jackson v. Austin, 241 F.Supp.2d 1313 (D.Kan. 2003) at HN13], KSA 21-5415, & KSA 21-5421, respectively) by each Defendant Richards & Beardsley on 2-14-20 at B-1-124.

(2) Supporting Facts: I respectfully submit that my sworn facts recited at #33, on Pg. 12 to #34, on Pg. 13, aptly supports Count X.

16